

NUMBER 13-19-00406-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.E.J. AND V.N.J., MINOR CHILDREN

On Appellee's Motion for Extension of Time to File Brief.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

This is an appeal of a final order terminating parental rights. The brief of appellee, the Texas Department of Family and Protective Services, was due to be filed on December 4, 2019. Appellee's counsel has filed a motion seeking to extend the deadline for filing the brief until December 30, 2019.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that

these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed.  TEX. R. JUD. ADMIN. 6.2(a).  Given the nature of these cases and the shortened appellate deadlines, it is the policy of this Court to limit extensions of time to file a brief in such cases to one ten-day extension of time absent truly extraordinary circumstances.  *See* TEX. R. APP. P. 38.6(d).

In the interest of justice and in light of the circumstances, we GRANT appellee's motion for extension of time and ORDER appellee's brief to be filed on or before Monday, December 30, 2019.  Further motions for extension of time will not be entertained.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 10th
day of December, 2019.